UN SEALED 4/3/24
PUBLIC AND UNOFFICIAL STAFF ACCESS TO THIS INFORMATION ARE PROHIBITED BY COURT ORDER.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

OCT - 3 2023

Nathan Ochsner Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

**UNITED STATES OF AMERICA** §

**vs.** §

**ASHLEY MICHELLE QUEZADA** § **CRIMINAL NO. B-23-619-S1**
[redacted]
**GAGE AARON ALLISON** §
**CARLOS LARA-TORRES**
**LUIS MENDO-RAMIREZ** §

PARTIALLY
UN SEALED 4/3/24

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

On or about September 4, 2023, within the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ASHLEY MICHELLE QUEZADA,**
[redacted]
**GAGE AARON ALLISON,**
**CARLOS LARA-TORRES,**
**and**
**LUIS MENDO-RAMIREZ,**

did willfully and knowingly export and send, and attempt to export and send, merchandise from the United States to Mexico, namely, one (1) Glock 26 Gen 4, 9 mm pistol, serial number YGE432, contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1).

In violation of Title 18, United States Code, Section 554(a) and Title 18, United States Code, Section 2.

**NOTICE OF CRIMINAL FORFEITURE**

The allegations contained in this Indictment are incorporated by reference as

though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth the Superseding Indictment, Defendants,

**ASHLEY MICHELLE QUEZADA,**
[redacted]
**GAGE AARON ALLISON,**
**CARLOS LARA-TORRES,**
**and**
**LUIS MENDO-RAMIREZ,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in, used, or intended to be used in the commission of such offense, including, but not limited to, the following:

1) one (1) Glock, 26 Gen 4 Model, 9mm caliber pistol, serial number YGE432
2) one (1) Rohm RG10 Model, .22 LR caliber revolver, serial number 14116
3) one (1) Taurus, PT 24/7 Pro Model, 0.40 caliber pistol, serial number SAW68609
4) one (1) Taurus, PT 111 G2 Pro Model, 9mm caliber pistol, serial number TIZ28505
5) one (1) Taurus, PT 111 GC3 9x19 Model, 9mm caliber pistol, serial number AED274639
6) one (1) Bear Creek Arsenal BCA15 Model, 5.56 caliber pistol, serial number 17104
7) one (1) Springfield Armory Hellcat Model, 9mm caliber pistol, serial number BB360091
8) one (1) Canik Mete SFT Model, 9 mm pistol, serial number T6472-22
9) one (1) Beretta 80x Cheetah Model, .380 pistol, serial number Y007599X
10) one (1) Bersa Firestorm Model, 0.380 pistol, serial number A67744
11) one (1) Keltec P32 Auto 32 Model, 0.32 pistol, serial number CW001
12) one (1) Keltec P32 Auto 32 Model, 0.32 pistol, serial number CAP84
13) one (1) Rohm RG38 Model, 0.22 LR caliber revolver, serial number 0060371
14) one (1) North American Arms Magnum Model, 0.22 caliber pistol, serial number PG26804
15) one (1) Browning Arms 380 Black Label Model, 0.380 caliber pistol, serial number 51HYZ07116
16) one (1) Smith & Wesson M& P Model, .22 LR caliber rifle, serial number removed
17) twenty-eight (28) assorted caliber magazines

18) five hundred fifty-three (553) rounds of assorted caliber ammunition

A TRUE BILL:

FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Paul Marian

PAUL MARIAN
Assistant United States Attorney