United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHER DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. B-23-619-01 |
| Ashley Michelle Quezada | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

No objection has been received to the Report and Recommendation filed by the United States Magistrate Judge, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

Signed on this the 10th day of September, 2024.

Rolando Olvera
United States District Judge